UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> DANIEL RIVERA FEBRES <br><br><br> XXX-XX-6362 <br><br><br> DEBTOR (S) | CASE NO. 14-04012-ESL <br><br> CHAPTER 13 |

## AMENDED TRUSTEE'S UNFAVORABLE REPORT
## ON PROPOSED POST CONFIRMATION PLAN MODIFICATION

TO THE HONORABLE COURT:  NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1329**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**     Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$0  R2016 STM.  $3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,864.00    Fees paid: $2,864.00    Fees Outstanding: $0.00**

With respect to the proposed (amended) Plan dated: **1/30/2016** (Dkt 28).     Plan Base: **$17,600.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

    - Feasibility [§1325(a)(6)]: Default in payments to Trustee - Under the proposed plan Debtor is **two (2) months**, **or $400.00,** in arrears with the Trustee. **Next payment will become due on 5/19/16**, Debtors must show by definite and credible evidence that they can comply with payments as proposed.
    - Feasibility [§1325(a)(6)]: There is/are no allowed claim(s) for creditor(s) dealt in the plan [FRBP RULE 3021] - **ORIENTAL BANK,** secured creditor provided for in the plan, is yet to file its proof of claim for post petition arrears. Said creditor will not participate from the disbursements regarding said arrears until it files its claim.
    - Feasibility [§1325(a)(5)]: Plan fails to provide for an allowed secured claim - The plan fails to provide treatment for shares to **CARIBE FEDERAL (CL #3) and VAPR FEDERAL CREDIT UNION (CL #5),** plan must be amended accordingly.
    <strong>- [§1325(a)(5)(A)] Secured creditor(s) provided for in the Plan has/have NOT ACCEPTED the same - </strong> Please refer to objection for confirmation of this plan filed secured creditor ORIENTAL BANK on 5/2/16 docket #43.
    Trustee objects the additional compensation for legal fees requested by debtor'(s") counsel in the amount of $350.00 until above matters are solved.

Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

In San Juan, Puerto Rico this May 09, 2016.

/s/ Jose R. Carrion

Jose R. Carrion -Chapter 13 Trustee
PO Box 9023884, San Juan PR 00902
Tel. 787-977-3535 Fax 787-977-3550

MS - LC #7 - LD #45