# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**DANIEL RIVERA FEBRES**
**aka DANIEL RIVERA**

xxx–xx–6362

Debtor(s)

Case No. **14–04012 ESL**

Chapter **7**

FILED & ENTERED ON 9/20/16

### ORDER DISCHARGING TRUSTEE AND RELEASING HIS BOND

The instant case was converted to Chapter 7 on 7/27/16. The Chapter 13 Trustee has rendered a final report of his administration on 8/18/16. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that his bond be cancelled and the surety thereon released from further liability thereunder.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, September 20, 2016 .

Enrique S. Lamoutte
United States Bankruptcy Judge